UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OBDULIA CUATE MONTIEL,

                    Plaintiff,

        – against –

PUPCULTURE 149 PLYMOUTH LLC,
PUPCULTURE 21 MURRAY LLC,
PUPCULTURE 170 HUDSON LLC,
PUPCULTURE 645 WEST 57 LLC,
PUPCULTURE 521 BROOME LLC,
and IBRAHIM ALIMIMEH,

                    Defendants.

**ORDER**

25-cv-10177 (ER)

RAMOS, D.J.:

On March 4, 2026, the Court held a pre-motion conference concerning Alimimeh's request for leave to file a motion to compel arbitration. *See* Doc. 21. At the conference, Montiel and Alimimeh advised that they had agreed to engage in private mediation. Accordingly, Montiel and Alimimeh are directed to advise the Court of the result of mediation within 48 hours of its conclusion.

It is SO ORDERED.

Dated:    March 5, 2026
          New York, New York

                                            _____
                                            Edgardo Ramos, U.S.D.J.