**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OBDULIA CUATE MONTIEL, *on behalf of herself, FLSA Collective Plaintiffs and the Class,*

Plaintiff,

v.

PUPCULTURE 149 PLYMOUTH LLC
d/b/a PUPCULTURE DUMBO,
PUPCULTURE 21 MURRAY LLC
d/b/a PUPCULTURE FIDI,
PUPCULTURE 170 HUDSON LLC
d/b/a PUPCULTURE TRIBECA,
PUPCULTURE 645 WEST 57 LLC
d/b/a PUPCULTURE WEST 57,
PUPCULTURE 521 BROOME LLC
d/b/a PUPCULTURE SOHO,
JOHN DOE SUCCESSOR,
and IBRAHIM ALIMIMEH,

Defendants.

**Case No.**: 1:25-cv-10177

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Ibrahim Alimimeh having offered to allow Plaintiff Obdulia Cuate Montiel ("Plaintiff") to take a judgment against him, in the sum of in the sum of One Hundred Thousand Dollars and No Cents ($100,000.00) ("Judgment Amount"), to: (1) resolve with prejudice all of Plaintiff's individual FLSA claims against Defendant Ibrahim Alimimeh and Defendants Pupculture 149 Plymouth LLC d/b/a Pupculture Dumbo, Pupculture 21 Murray LLC d/b/a Pupculture Fidi, Pupculture 170 Hudson LLC d/b/a Pupculture Tribeca, Pupculture 645 West 57 LLC d/b/a Pupculture West 57, and Pupculture 521 Broome LLC d/b/a Pupculture Soho (collectively, "Pupculture Defendants"); (2) resolve with prejudice all of Plaintiff's individual state claims against the Pupculture Defendants; and (3) resolve without prejudice all of Plaintiff's individual state claims against

Defendant Ibrahim Alimimeh, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated July 1, 2026 and filed as Exhibit A to Docket Number 27;

**WHEREAS**, on July 2, 2026, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendant Ibrahim Alimimeh's Offer of Judgment (Dkt. No. 27);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff Obdulia Cuate Montiel, in the sum of $100,000.00, in accordance with the terms and conditions of Defendant Ibrahim Alimimeh's Rule 68 Offer of Judgment dated July 1, 2026 and filed as Exhibit A to Docket Number 27. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED:**

Dated: July 6, 2026
New York, New York

Edgardo Ramos, U.S.D.J.